FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

04 NOV -9 AM 9: 53

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

World Publications LLC,

       Plaintiff,

vs.

Boats.com, Inc., and Trader Publishing
Company, a joint venture consisting of Cox
Enterprises, Inc. and Landmark
Communications, Inc.,

       Defendants.

_____/

CASE NO.:

6:04-cv-1637-oel-31KRS

## COMPLAINT

## INJUNCTIVE RELIEF REQUESTED

The Plaintiff, World Publications LLC ("WPL"), sues the Defendants, Boats.com, Inc.

("Boats.com") and Trader Publishing Company ("Trader"), and alleges:

1.     This is a claim for damages and injunctive relief pursuant to 17 U.S.C. § 101 et.

seq. (the "Copyright Act") based upon Boats' infringement of the copyright of WPL and based

upon Boats breach of contract.

2.     WPL is a limited liability company, organized and existing under the laws of the

State of Delaware, and is headquartered in Winter Park, Florida.  WPL publishes magazines,

some of which are directed at the boating industry.

3.     Boats.com is a corporation, organized and existing under the laws of the State of

Delaware and is headquartered in Chicago, Illinois. Boats.com hosts one or more interactive web

sites that are accessed by viewers and subscribers in Florida.  Boats.com regularly and

systematically does business in Florida through its web sites.  Moreover, Boats.com conducted

business in Florida by entering into a contract with WPL in Florida, whereby Boats.com was to

pay money to WPL in Florida in consideration of WPL's agreement to authorize Boats.com to use WPL content on a Boats.com web site in accordance with the terms and conditions of the contract.

4.      Trader is a joint venture headquartered in Norfolk, Virginia. Trader is owned equally by Cox Enterprises, Inc, a Delaware corporation with its headquarters located in Atlanta, Georgia, and Landmark Communications, Inc., a Virginia corporation with its headquarters located in Norfolk, Virginia. In approximately September of 2004, Trader acquired Boats.com and as a result, is the successor of Boats.com and otherwise is responsible for the actions and omissions of Boats.com as alleged herein.

5.      This court has jurisdiction over WPL's copyright claims pursuant to 17 U.S.C. § 501, 28 U.S.C. § 1331, and 28 U.S.C. § 1338(a). The court has supplemental jurisdiction over the state law contract claims pursuant to 28 U.S.C. § 1367.

6.      In the fall of 1999, WPL and Boats.com entered into negotiations for a limited license from WPL to Boats.com for the publication and display of articles from WPL magazines on Boats.com's web sites. Boats.com and WPL agreed upon a fee arrangement whereby Boats.com would pay a small license fee for each article delivered by WPL to Boats.com and Boats.com would purchase $150,000.00 in advertising from WPL during the term of the agreement.

7.      On or about March 20, 2000, WPL and Boats entered into a contract whereby WPL authorized Boats to publish and display on Boats.com's web sites certain articles from WPL magazines. A true and correct copy of the contract is attached as Exhibit A to this Complaint (hereinafter referred to as the "March, 2000 Contract"). Pursuant to the March, 2000

Contract, Boats.com published and displayed approximately sixty-one (61) articles licensed from WPL on its web site.

8.     WPL fully performed the March, 2000 Contract. Boats.com, however, failed and refused to purchase any advertising from WPL, notwithstanding repeated demands by WPL that it do so. In the Spring of 2001, WPL notified Ken Grimes and Jo Skorupa of Boats.com that WPL would not license any additional articles to Boats.com, that the license to publish and display the WPL articles was terminated, and that Boats.com was to immediately remove all WPL articles from its web site. Even if the notice of termination was not effective, the March 2000 Contract expired, by its own terms, on March 20, 2002.

9.     In July, 2002, WPL purchased from the Miller Sports Group, LLC, certain assets known as "The Sailing Company." The Sailing Company published magazines titled "Cruising World" and "Sailing World." WPL's purchase of "The Sailing Company" assets included all rights of "The Sailing Company" and Miller Sports Group, LLC derived or arising from a contract dated October 27, 1999 whereby Boats.com licensed content from The Sailing Company. A true and correct copy of the October 27, 1999 license agreement is attached as Exhibit B to this Complaint.

10.     Pursuant to the October 27, 1999 license agreement, The Sailing Company agreed to deliver articles to Boats.com to publish on its website. Boats.com agreed to pay a license fee for each article and to purchase more than One Hundred Thousand Dollars ($100,000.00) in advertising from The Sailing Company per year for each year of the Agreement. Boats.com refused and failed to purchase any advertising, so The Sailing Company terminated the agreement before the expiration of the first one-year term.

11.     Pursuant to the terms of the October 27, 1999 license agreement, Boats.com published on its website eighty-four (84) articles licensed from The Sailing Company. (Hereinafter, the articles published by Boats.com pursuant to the October, 1999 license agreement and the March, 2000 Contract are referred to as the "WPL Articles"). The license agreement required Boats.com to remove those articles within three (3) months of the expiration of the license agreement. Despite the fact that the October 27, 1999 license agreement expired no later than October 27, 2000, Boats.com did not remove the Sailing Company articles from its website.

12.     In January, 2004, WPL discovered that Boats.com had more than one hundred and forty (140) articles licensed from WPL and The Sailing Company posted on the Boats.com website. A listing of those articles is attached as Exhibit C to this Complaint. On February 27, 2004, WPL notified Boats.com that it was not authorized to publish these articles and that Boats.com was to remove all WPL articles from its web sites.

13.     All conditions precedent to this Complaint and these claims have been performed or waived.

## COUNT I- COPYRIGHT INFRINGEMENT

14.     WPL realleges the allegations of paragraphs 1-13 above as if fully set forth herein.

15.     At all relevant times, WPL and its predecessor in interest complied in all respects with the Copyright Act, 17 U.S.C. § 101, et seq. and secured the exclusive rights and privileges in and to the copyrights in the WPL articles. Each of the WPL articles is an original work, copyrightable under the Copyright Act, and a number of the articles have been copyrighted and registered in full compliance with the Copyright Act. All copies of such articles made by WPL or under its authority have been created in strict conformity with the provisions of the Copyright Act and all other applicable laws governing copyrights. The WPL articles are a proper subject matter

for copyright under the laws of the United States.  The copyright in the articles is registered with the United States Copyright Office.  The registered WPL articles  are protected under the Copyright Act pursuant to copyright registration numbers TX 5-330-151, TX 5-330-134, TX 4-498-084, TX 4-875-458, TX 4-901-924, TX 4-989-607, TX 5-051-281, TX 5-162-755, TX 4-700-267, TX 5-076-656, TX 4-652-187, TX 5-015-801, and TX 4-997-690.  A copy of said certificates of registration are attached hereto as Exhibit D.  WPL has fully maintained the validity of its copyrights in these works.  WPL is the sole proprietor of all rights, title and interest in and to the copyrights in the WPL articles.

16.    Boats.com's acts as set forth above including, but not limited to, continuing to publish the WPL articles on its web site without authorization and after the termination of the license agreements constitutes infringement of WPL's copyrights in the WPL articles in violation of the Copyright Act, 17 U.S.C. § 101 et seq.

17.    The defendants' acts of publishing and displaying the WPL articles were deliberate, willful, malicious, oppressive and without regard to WPL's proprietary rights.  WPL gave Boats.com written notice on more than one occasion that it was not authorized to publish or display the WPL articles on its web site and demanded that the articles be removed from the site, yet Boats.com continued for a substantial time thereafter to display and publish the WPL articles on its web site.

18.    The defendants' copyright infringement has caused, and will continue to cause, WPL to suffer substantial injuries, loss and damage to its proprietary and exclusive rights to, and copyrights in, the WPL articles.

19.    The defendants' copyright infringement and the threat of continuing infringement has caused and will continue to cause WPL to suffer irreparable injury.  It would be difficult to

ascertain the amount of money damages that would afford adequate relief at law for Boats.com's

acts. WPL's remedy at law is not adequate to compensate it for the injuries already inflicted and

further threatened by Boats.com. The defendants, therefore, should be restrained and enjoined

pursuant to the Copyright Act, 17 U.S.C. § 101 et seq.

WHEREFORE, WPL requests that this Court enter a temporary and permanent injunction

(1) prohibiting Boats.com, Trader, and all persons acting in concert with the defendants from

possessing, copying, disclosing, displaying, publishing, distributing, or using the WPL articles, in

whole or in part, or any works derived or prepared from the WPL articles; and (2) compelling

Boats.com, Trader, and all persons acting in concert with the defendants to return to WPL, or

destroy all copies of the WPL articles or derivative works of them, in their possession, custody or

control. WPL further requests that this Court (1) award WPL its actual or statutory damages in an

amount exceeding $500,000.00; (2) award WPL its attorney's fees pursuant to 17 U.S.C. § 505, the

cost of suit and interest; and (3) award WPL such other and further relief as the Court deems just

and proper.

### COUNT II- BREACH OF CONTRACT

20.     WPL realleges the allegations of paragraphs 1-13 above as if fully set forth herein.

21.     Boats.com breached the March, 2000 Contract and the October, 1999 license

agreement by failing to purchase the advertising that it agreed to purchase and by displaying and

publishing the articles on its web site after the expiration of those contracts.

22.     As a direct and proximate result of Boats.com's breach of the Contract, WPL has

been damaged in an amount exceeding $250,000.00

Wherefore, WPL demands judgment in its favor and against Boats.com and Trader for

damages, interest, costs and all other and further relief that this Court deems just.

## DEMAND FOR TRIAL BY JURY

WPL hereby demands trial by jury of all issues so triable.


Dated this 8th day of November, 2004.


FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 1438
Tampa, FL 33601
(813) 228-7411
Fax No: (813) 229-8313
Attorneys for Plaintiff

By: _____
G. Donovan Conwell, Jr.
Florida Bar No: 031719
G. Wrede Kirkpatrick
Florida Bar No: 984116

#2142449v1

## CONTENT LICENSE AGREEMENT

This content license agreement (the "Agreement") is entered into this ___ day of _____ ("Effective Date") by and between World Publications, Inc. ("Publisher"), publisher of magazines, and Boats.com, Inc., a Delaware corporation ("Boats.com").

This Agreement is entered into with reference to the following facts:

A.       Publisher currently publishes boating and fishing magazines; and

B.       Boats.com desires to license certain information from Publisher for use on Boats.com's Web sites, on the terms and conditions set forth in this Agreement.

On this basis, the parties agree as follows:

1.       CERTAIN DEFINITIONS.

As used herein, the following terms shall have the following defined meanings:

World Publications Sites shall mean the sites on the World Wide Web that are owned by, operated by or operated on behalf of Publisher that are offered as magazine services for the purpose of promoting Publisher's magazines.

"Boats.com Site" shall mean the site on the World Wide Web that is owned and operated by Boats.com and that is currently identified by the domain name www.Boats.com.com, including any web pages that include such domain name in their URL address.

"Content" means, collectively, the New Content and Archived Content as described in Exhibit A attached hereto.

"New Content" means words and photos created for use in existing Publisher's magazines published after January 1, 1999.

"Archived Content" means words and photos created for use in existing Publisher's magazines published prior to January 1, 1999.

"Intellectual Property Rights" means trade secrets, patents, copyrights, trademarks, know-how, moral rights and similar rights of any type under the laws of any governmental authority, domestic or foreign, including all applications and registrations relating to any of the foregoing.

2.      USE OF CONTENT.

2.1     Grant of and Limitations on License.

(a)     **Grant.** Subject to the terms and conditions of this Agreement, Publisher hereby grants to Boats.com, under Publisher's Intellectual Property Rights, a non-transferable (except as set forth in Section 10.2 below) license to use, reproduce, distribute, display and transmit the Content in electronic form on the Boats.com Site, and to permit users of the Boats.com Site to access the Content through such site.

(b)     **Limitations.** The grant of the license is subject to the following limitations and to the other terms and conditions herein set forth:

(i)     Boats.com may not reformat the Content, except to conform it to Boats.com's display format on the Boats.com Site or as may otherwise be approved in writing by Publisher;

(ii)    Boats.com must display the Content in its entirety, including any credits or copyright notices that are contained in the Content, and may not alter, edit, modify or prepare any derivative works from the Content, except that Boats.com may make and display short excerpts, lead-ins or "pull quotes" that promote and direct viewers to the Content;

(iii)   Boats.com may use the Content solely for the purposes described herein and may not use Publisher's Intellectual Property except as authorized in writing by Publisher;

(iv)    Boats.com must use reasonable care to avoid any direct or indirect implication that Publisher endorses or provides any other content within the Boats.com Site or any products advertised in or near the Content;

(v)     The Content may be used or displayed only in such territories as Publisher has the right to use or display such Content;

(vi)    The license is non-exclusive, except that Publisher agrees to withhold from syndication the New Content for 9 months following its publication and the Archived Content for 9 months following the date of its transmission to Boats.com;

(vii)   If the Content is juxtaposed with advertising or content on the Boats.com site in a way that, in Publisher's reasonable judgment, is detrimental to Publisher's business or rights or otherwise violates the terms of this Agreement, Boats.com will remove the Content from that part of the Boats.com site; and

(viii)  Boats.com will not take any action to create a unitary composite mark with respect to any trademarks or other Intellectual Property of Publisher.

2.2     Responsibilities.

(a)     **Production, Delivery.** Publisher will transmit to Boats.com a list of Content available for license from issues of its magazines within 2 weeks after the date of publication thereof. Any Content selected by Boats.com from such issues shall be delivered by Publisher to Boats.com within 60 days after receipt of notice of the selection by Publisher. Boats.com

will be responsible for converting into electronic or digital format that portion of the Content comprised of Publisher's archived instructional and "how-to" information and reviews of boats and products. Boats.com will provide Publisher with the electronic or digital versions of such portion of the Content on a CD-ROM. These digital files may only be used on the Publisher's own web sites or for internal purposes. This limitation in no way encumbers Publisher's rights to the articles, photographs and other intellectual Property contained in the Content.

(b)     Hosting. Boats.com shall be responsible for hosting the Content on its servers.

(c)     Notice. Publisher also shall provide Boats.com with reasonable prior notice of any significant modifications or enhancements that generally affect the appearance, updating, delivery or other elements of the Content.

(d)     Attribution; Links. Boats.com will display all Publisher's logos, trademarks or service marks that are contained in or associated with the Content on the Boats.com Site in a size and style to be mutually agreed upon. In addition, Boats.com will provide a link with each piece of Content on the Boats.com Site to one of the Publisher's URLs as specified by Publisher, and will place a copyright notice in a form reasonably requested by Publisher, such as: "Copyright [year] by [magazine name]/World Publications, Inc." Boats.com also agrees to place on its site a disclaimer that will make it clear that Publisher will not be liable for injuries sustained by any person or persons engaged in activities depicted in the Content or arising from their use of any products or services described therein.

2.3     Advertising and Purchase Commitments.

(a)     Advertising.   Publisher will sell to Boats.com and Boats.com will purchase from Publisher, advertising in Publisher's magazines with a total value of $150,000 on terms at least as favorable as those offered to other advertisers of similar volume and duration. The Initial Term of this advertising purchase schedule will match the Initial Term of this Agreement and shall thereafter be extended automatically for successive Renewal Terms.

(b)     Purchase Commitments. Boats.com shall buy at least 50 articles of Content as an initial installment and at least 150 additional articles of Content annually during the Term of this Agreement.

2.4     World Publications Site.

(a)     Both Parties being desirous of expanding their business relationship to include electronic commerce, Publisher agrees to give Boats.com at least 30 days prior notice of its electronic commerce plans and both Parties agree to negotiate in good faith to create such a relationship should Publisher decide to employ third parties to implement electronic commerce on its own websites.

(b)     Publisher and Boats.com will negotiate in good faith to enter into an arrangement pursuant to which visitors to the World Publications Sites may link to the Boats.com Site to purchase retail products. Such arrangement will include the payment by Boats.com to Publisher of a mutually agreed upon commission for such purchases.

(c)     Publisher agrees to provide to Boats.com advertising placements on Publisher's sites in the form of website banners as the normal value added bonuses that are included with the purchase of a major print advertising schedule, as outlined in Section 2.3.

3.      PAYMENTS.

3.1     License Fees. In consideration of the rights granted herein, Boats.com shall pay to Publisher a license fee for Archived Content of $75 per published page and for New Content of $150 per published page. A full published page of Content shall be defined as approximately 1000 words of story text; a half page is defined as approximately 500 words of story text; a third page is defined as 330 words of story text; etc. Each photo is considered to be worth 500 words of Content and Content is meant to include all relevant photos, charts, graphs, illustrations, lists, specification boxes, sidebars, timelines, etc. Boats.com shall pay Publisher for the Content within 30 days of its receipt of each shipment thereof.

4.      REPRESENTATIONS AND WARRANTIES.

4.1     By Each Party. Each party to this Agreement represents and warrants to the other party that:

        (a)     Such party has the full right, power and authority to enter into this Agreement and to perform the acts required of it hereunder.

        (b)     The execution of this Agreement by such party, and the performance by such party of its obligations and duties hereunder, do not and will not violate any agreement or instrument to which such party is a party or by which it is otherwise bound.

        (c)     When executed and delivered by such party, this Agreement will constitute the legal, valid and binding obligation of such party, enforceable against such party in accordance with its terms; and

        (d)     Such party acknowledges that the other party makes no representations, warranties or agreements related to the subject matter hereof that are not expressly provided for in this Agreement.

4.2     By Publisher. In addition to the representations and warranties set forth in Section 4.1, Publisher represents and warrants to Boats.com that Publisher owns or has the right to license the Content to Boats.com in a manner that will not infringe any Intellectual Property Rights of any third party, and that the Content is not libelous or defamatory.

5.      INDEMNIFICATION.

5.1     By Publisher. Publisher will indemnify and hold harmless Boats.com (and its employees and agents) against, and will defend or settle at Publisher's expense, any action or other proceeding brought against Boats.com to the extent that it is based on a claim that: (i) the Content infringes any third-party Intellectual Property Right or is libelous or defamatory, except if such claim arises out of the specific requirements of Boats.com, any modification of the Content by Boats.com or combination of the Content with other content not provided by Publisher or (ii) results from any misrepresentation or breach of representation or warranty of Publisher contained herein. In any such case of a claim as defined in (i) and (ii) brought against Boats.com, Publisher will indemnify and hold harmless Boats.com providing: (x) Boats.com provides Publisher with prompt notice of any such claim; (y) Boats.com permits Publisher to assume and control the defense of such action, with counsel chosen by Publisher; and (z) Boats.com does not enter into any settlement or compromise of any such claim without Publisher's prior written consent.

5.2     By Boats.com. Boats.com will indemnify and hold harmless Publisher (and its employees and agents) against, and will defend or settle at Boats.com's expense, any action or other proceeding brought against Publisher to the extent that it is based on a claim that: (i) results from Boats.com's Site or Boats.com's unauthorized use of the Content except to the extent that such claim is based on a breach of Publisher's representations set forth in Section 4.2; or (ii) results from any misrepresentation or breach of a representation or warranty of Boats.com contained herein. In any such case of a claim as defined in (i) and (ii) brought against Publisher, Boats.com will indemnify

and hold harmless Publisher providing:(x) Publisher provides Boats.com with prompt notice of any such claim; y) Publisher permits Boats.com to assume and control the defense of such action, with counsel chosen by Boats.com; and (z) Publisher does not enter into any settlement or compromise of any such claim without Boats.com's prior written consent.

6.      LIMITATION OF LIABILITY; DISCLAIMER; INDEMNIFICATION.

6.1     Liability.  EXCEPT AS PROVIDED IN SECTION 5, UNDER NO CIRCUMSTANCES SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL OR EXEMPLARY DAMAGES (EVEN IF THAT PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), ARISING FROM ANY PROVISION OF THIS AGREEMENT, SUCH AS, BUT NOT LIMITED TO, LOSS OF REVENUE OR ANTICIPATED PROFITS OR LOST BUSINESS.

6.2     No Additional Warranties.  EXCEPT AS SET FORTH IN THIS AGREEMENT, NEITHER PARTY MAKES; AND EACH PARTY HEREBY SPECIFICALLY DISCLAIMS, ANY REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE CONTENT, PRODUCTS AND SERVICES CONTEMPLATED BY THIS AGREEMENT, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE AND IMPLIED WARRANTIES ARISING FROM COURSE OF DEALING OR COURSE OF PERFORMANCE.

7.      TERM AND TERMINATION.

7.1     Initial Term and Renewals.  This Agreement will become effective as of the Effective Date and, unless sooner terminated as provided below or as otherwise agreed, remain effective for an initial term of 24 months (the "Initial Term") and shall thereafter be extended automatically for successive periods of twelve months (each a "Renewal Term") subject to  either party giving at least 90 days prior notice of intention not to renew; (b) Publisher's right to adjust the price of the Content to a maximum increase of 20% based on market value; and (c) Boats.com's right to adjust the price of Content to a maximum decrease of 20% based on market value; "Term" shall refer to the Initial Term and any Renewal Term then in effect.

7.2     Early Termination.  Notwithstanding the foregoing, this Agreement may be terminated by either party immediately upon notice if the other party should become insolvent or a petition in bankruptcy should be filed by it or it should make an assignment for the benefit of its creditors, or breach any of its obligations under this Agreement in any material respect, which breach is not remedied within 30 days following written notice to such party. Publisher may terminate this Agreement if Boats.com fails to make payments in the amounts and at the times specified in this Agreement.

7.3     Effect of Termination.  Any termination pursuant to this Section 7 shall be without any liability or obligation of the terminating party (other than with respect to any breach of this Agreement or amounts due prior to termination).  The provisions of Sections 4, 5, 6, 7, 8, 9 and 10 shall survive any termination or expiration of this Agreement.  Upon the effective date of such termination, Boats.com shall not receive any further Content, shall remove licensed Content and Publisher's logos and trademarks from all webpages on which it caused them to be placed, and within 5 working days thereof shall return all Content in its possession or under its control to Publisher.

8.      CONFIDENTIALITY.

Publisher and Boats.com hereby acknowledge that each of them may have access to confidential and proprietary information which relates to the other party's technology or business (the "Confidential Information").  Each party agrees to preserve and protect the confidentiality of the Confidential Information and not to disclose any applicable Confidential Information without the prior written consent of the other party; provided, however, that any party hereto may disclose, to

any other party, any information which is already generally publicly known, discovered or created independently of any involvement with such party provided prompt written notice thereof is given to the other party, or otherwise learned through legitimate means other than from such party. Moreover, any party hereto may disclose any Confidential Information hereunder to such party's agents, attorneys and other representatives or any court or competent jurisdiction or any other party empowered hereunder to resolve any dispute between the parties hereto.

9.    OWNERSHIP.

Boats.com acknowledges and agrees that this Agreement shall not confer in Boats.com any right of ownership in the Content or Publisher's Intellectual Property Rights. Each of the parties acknowledges and agrees that, as between Publisher and Boats.com, Boats.com owns all right, title and interest in and to all Intellectual Property Rights relating to the Boats.com Site except for any Intellectual Property Rights licensed pursuant to this Agreement, and Publisher owns all right, title and interest in and to all Intellectual Property Rights relating to the World Publication Sites and to the Content.

10.    MISCELLANEOUS PROVISIONS.

10.1    Governing Law and Jurisdiction.  This Agreement shall be governed by and construed under the laws of the State of Florida, U.S.A. without reference to conflicts of laws rules.  The federal and state courts within the State of Florida shall have exclusive jurisdiction to adjudicate any dispute arising out of this Agreement. Boats.com hereby expressly consents to (i) the personal jurisdiction of these federal and state courts within Florida and (ii) service of process being effected upon it by registered mail sent to the address set forth at the beginning of this Agreement.

10.2    Assignment.  This Agreement will bind and inure to the benefit of each party's successors and assigns. Neither party may assign this Agreement, in whole or in part, without the other party's written consent, which will not be unreasonably withheld provided, however, that either party may assign this Agreement without such consent in connection with any merger, consolidation, any sale of all or substantially all of such party's assets or any other transaction in which more than 50% of the voting power of such party is transferred. Any attempt to assign this Agreement other than in accordance with this provision shall be null and void.

10.3    Severability.  If any provision of this Agreement is found invalid or unenforceable, that provision will be enforced to the maximum extent permissible, and the other provisions of this Agreement will remain in force.

10.4    Notices. All notices, requests and other communications called for by this Agreement shall be in writing and shall be deemed to have been given immediately if made by confirmed fax or electronic mail (confirmed by concurrent written notice sent by overnight courier or first class U.S. or air mail, postage prepaid), at the addresses, fax numbers and e-mail addresses set forth on the signature page hereto, or to such other addresses as either party shall specify in writing to the other.  Notice by any other means shall be deemed made when actually received by the party to which notice is provided.

10.5    Relationship of Parties.  Neither this Agreement, nor any terms and conditions contained herein may be construed as creating or constituting a partnership, joint venture or agency relationship between the parties.  Neither party will have the power to bind the other or incur obligations on the other party's behalf without the other party's prior written consent.

10.6    Waiver  No failure of either party to exercise or enforce any of its rights under this Agreement will act as a waiver of such rights.

*CW*

---

10.7    Entire Agreement.  This Agreement is the complete and exclusive agreement between the parties with respect to the subject matter hereof, superseding and replacing any and all prior agreements, communications and understandings (both written and oral) regarding such subject matter.  This Agreement may only be modified, or any rights under it waived, by a written document executed by both parties.

10.8    Expenses.  Each party shall bear its own expenses, including legal fees, incurred in the negotiation and documentation of this Agreement.

10.9    Counterparts.  This Agreement may be executed in any number of counterparts, all of which taken together shall constitute a single instrument.  Execution and delivery of this Agreement may be evidenced by facsimile transmission.

The parties have caused this Agreement to be executed by their duly authorized representatives as of the date written above.

BOATS.COM, INC.                                        WORLD PUBLICATIONS, INC.

By: _____                   By: _____
Title:  PRESIDENT                                       Title:
Address:  10 IGL 38                                    Address:
Fax:                                                             Fax:
Email:  PRABE@BOATS.COM                      Email:

*CW*

CONFIDENTIAL



THE SAILING COMPANY
*Cruising World ● Sailing World ● Sailor's Sourcebook*

October 27, 1999

Mr. Stuart Johnstone                                        CONFIDENTIAL
President – Sailboat Group
Boats.com
Pier 38 Embarcadero
San Francisco, CA 94017

Dear Stuart:

Thanks for your continued patience in working out the details of our agreement for Boats.com's Year 2000 advertising commitment and the licensing of selected editorial material from Cruising World and Sailing World (The Sailing Company). Herewith follows our proposal for the licensing of current editorial material:

In conjunction with the advertising commitment for 2000 which Boats.com has agreed to in a separate document also dated October 27, 1999; The Sailing Company agrees to license the following editorial content to Boats.com for use on their web site.

**Boat Reviews**

● On a monthly basis, The Sailing Company will provide "Boat Reviews" consisting of:

All boat reviews in the current issue of *Cruising World*
All boat reviews in the current issue of *Sailing World*

● For the purpose of this agreement, boat reviews are defined as reviews of new boats, "Classic Plastic™" reviews, and Boat of The Year™ features to which The Sailing Company owns the electronic publishing rights. In an average year, 50 total boat reviews are published in *Cruising World* and *Sailing World*.
● Current boat reviews may be posted on the Boats.com site one month after their publication in print.
● The boat review category will be reserved exclusively for Boats.com for the term of this agreement, except that any Boat Reviews may also appear on The Sailing Company's (or affiliate's) or an individual Boat Manufacturer's web-site.
● These articles may remain on the Boats.com web site for up to three months after this agreement, or any extension of this agreement, lapses.
● In addition, we will provide the equivalent of twelve boat reviews (8 from *Cruising World*, and 4 from *Sailing World*) for archive in order to provide a base of editorial at the start of our relationship. These may be selected from an inventory of reviews that were published in 1997, 1998, and 1999 through November issues.

*The effective date for the content shall commence March, 1999.*

**Features and Instructional**

● On a monthly basis, Boats.com will have the option of selecting up to four additional current articles from either *Cruising World* or *Sailing World* for licensing, which may include: two instructional/technique articles, and two feature articles.
● These articles may be selected from an inventory of articles available for electronic licensing after selections in these categories have been made by the e-commerce company with exclusive first choice rights in these categories.
● Current articles may be posted on the Boats.com web site approximately one month after their publication in print.
● While category exclusivity is not available for Features and Instructional articles, the individual articles supplied to Boats.com will not be licensed by The Sailing Company for posting on any other e-commerce web site other than

- on The Sailing Company's (or affiliate's) web-site or on a web-site whose parent or affiliate is referred to in the article.
- These articles may remain on the Boats.com web site for up to three months after this agreement, or any extension of this agreement, lapses.

Licensing Fees

- $ 6,000 (net) per month for boat reviews.
- $ 1,000 (net) per month for the option to select additional articles for licensing.
- If additional articles from the instructional/technique or feature categories are chosen for licensing, the following fees will apply: $ 550 for the first article, $ 475 for the second article, $ 400 for the third article, and $ 325 for the fourth article.
- If Boats.com does license additional articles in addition to boat reviews in any given month, a 10% volume discount will be applied to the boat review fee for that month only.
- All fees will be invoiced the first day of the month, and are due and payable within 30 days.

Term

- 
- 12-month commitment, with each party having the right to request an additional 12 month extension provided that written notice to renew is given at least 30 days in advance of the end of term and that the parties mutually agree to extend the term.

Delivery Format

- The Sailing Company will deliver content in Quark Express file formats on a CD-ROM or in another mutually agreed format.

Copyright and Attribution

- *Sailing World's or Cruising World's* (as appropriate) name, logo, and copyright shall appear on top of each article.
- Each article must clearly denote that the editorial content was provided by either *Sailing World or Cruising World* (as appropriate).
- Each name and logo will serve as a link directly back to The Sailing Company (or affiliate's) web-site.

If this agreement is in accord with your understanding, please sign below as indicated, and return the original document to me at our offices in Newport. The second copy is for your files.

Regards,

Sally Helme
Publisher

cc:    F. Poust/MPG
       M. Greenberg/MPG

Accepted and Agreed to by Boats.com:

10/27/99

Stuart Johnstone, President – Sailboat Group          Date

## WPL Articles Listed on Boats.com

| Magazine | Title | Byline | Date As Listed On Boats.com |
|---|---|---|---|
| Sport Fishing | Fishing's SUVs | by Dean Travis Clarke | Feb-99 |
| Sport Fishing | High-Speed Real | by Dean Travis Clarke | 1999 |
| Sport Fishing | Southern California's Nearshore Comeback | by Bill Shedd | |
| Sport Fishing | Key to Success: Hatchery Program | by staff | |
| Sport Fishing | Kitten That Roars | by staff | Feb-99 |
| Sport Fishing | Smooth-riding Skiff | by Dean Travis Clarke | Mar-00 |
| Sport Fishing | Quiet On The Flats | by staff | Jul-99 |
| Sport Fishing | The "Name" in Bay Boats | by staff | Apr-98 |
| Sport Fishing | Baja's Outlook Resource | by Sport Fishing Staff | Yr 1998 |
| Sport Fishing | Baja's Fantasy Island | by Tony Pena | Yr 1998 |
| Sport Fishing | What's A Panga? | by Sport Fishing Staff | Yr 1998 |
| Sport Fishing | San Francisco Salmon | by Abe Cuanang | 1997 |
| Sport Fishing | Seriously Shallow | by staff | 1999 |
| Sport Fishing | Sport Fishing Hook-up | by Bill Shedd | 2000 |
| Boating Life | Trailering the Tropics | by Pierce Hoover | Dec-99 |
| Boating Life | All Purpose Platform | by Boating Life Staff | 1999 |
| Boating Life | Angler 2400 Center-Console | by Dean Travis Clarke | |
| Boating Life | Bargain Style | by Staff | 1998 |
| Boating Life | Bass Solution | by Staff | 6/26/2000 |
| Boating Life | Better and Better | by Brett Becker | Feb-00 |
| Boating Life | Chilling on Cedar Key | by Brett Becker | Aug-99 |
| Boating Life | Cleaner Three-Seater | by Brett Becker | Apr-00 |
| Boating Life | Clearly Canadian | by Pierce Hoover | yr 1999 |
| Boating Life | Fast Off The Trailer | by Brett Becker | Aug-99 |
| Boating Life | Fish Ready | by Staff | Jun-05 |
| Boating Life | Learn From Boater's Mistakes | by Brett Becker | Jun-99 |
| Boating Life | New-Age Transformer | by Staff | Jan-00 |
| Boating Life | One Fine Feline | by Brett Becker | Dec-99 |
| Boating Life | One Sweet Ride | by Pierce Hoover | Dec-99 |
| Boating Life | Rebellious Design | by Staff | Mar-98 |
| Boating Life | Role Player | by Staff | Feb-00 |
| Boating Life | Smaller Pursuit | by Staff | 6/30/2000 |
| Boating Life | Smooth And Silent | by Staff | Nov-98 |
| Boating Life | Something For Everyone | by Staff | Aug-99 |
| Boating Life | Suwannee Beginnings | by Pat Canova | Apr-98 |
| Boating Life | The Finished Product | by Brett Becker | yr 2000 |
| Boating Life | Undaunted, Unchallenged | by Staff | Mar-98 |
| Boating Life | Walker Bay 8 | by staff | |
| Boating Life | Yamaha's Screamer | by Brett Becker | Apr-00 |
| WaterSki | Better Riding and Skiing | by WaterSki Staff | 1998 |
| WaterSki | Correct Your Worst Slalom Habits | by Gordon Rathbun and Todd Ri | Mar-99 |
| WaterSki | Delta Daze | by Robert Stephens | May-98 |
| WaterSki | Driver's Education | by WaterSki Staff | 1992 |
| WaterSki | Eye of the Tige | by WaterSki Staff | 2000 |
| WaterSki | Instant Response | by WaterSki Staff | 2000 |
| WaterSki | Into The Future | by WaterSki Staff | 2000 |
| WaterSki | Malibu | by WaterSki Staff | 2000 |
| WaterSki | Malibu Escape LSV | by WaterSki Staff | 2000 |
| WaterSki | MB SPort 52 | by WaterSki Staff | 2000 |
| WaterSki | MB Sports b52v | by WaterSki Staff | 2000 |
| WaterSki | MB Sports Boss 190 plus | by WaterSki Staff | 2000 |
| WaterSki | MB Sports Boss 190 | by WaterSki Staff | 2000 |
| WaterSki | MB Sports Boss 210 | by WaterSki Staff | 2000 |
| WaterSki | MB SPorts V Drive | by WaterSki Staff | 2000 |
| WaterSki | Role Player | by WaterSki Staff | 2000 |
| WaterSki | Sangar-Sangair | by WaterSki Staff | 2000 |
| WaterSki | Shooting Star | by WaterSki Staff | 2000 |
| WaterSki | Ski Centurion Bow Rider | by WaterSki Staff | 2000 |
| WaterSki | Ski Centurion Eclipse V-Drive | by WaterSki Staff | 2000 |
| WaterSki | Ski Centurion Elite Bowrider | by WaterSki Staff | 2000 |
| WaterSki | Ski Supreme V210 | by WaterSki Staff | 2000 |
| Cruising World | 1998 Boat of the Year | By Cruising World Staff | |
| Cruising World | 1999's Value Cruiser | by Cynthia McGeary | 1999 |
| The Sailing Company | 2001 Boat of the Year | by Cynthia Goss | |
| The Sailing Company | 2002 Boat Of The Year Nominees Announced | by Staff | |
| The Sailing Company | 2003 Boat of the Year Awards | by Cynthia Goss | |
| Cruising World | A Gearhead's View | by Staff | 6/26/2000 |
| Cruising World | A Serious Cruiser | by Herb McCormick | 1997 |
| Cruising World | Arrive Cruising | by Jeremy McGeary | 1999 |
| Cruising World | Atoll 43 | by Staff | 1999 |
| Cruising World | Bargain Hunter | by Tom Neale | 1997 |
| Cruising World | Beneteau 411 | by Staff | Mar-98 |
| Cruising World | Beneteau First | by Jeremy McGeary | 1999 |
| Cruising World | Best Performance Cruiser: Hunter HC50 | by Cruising World editors | |
| Cruising World | Big Cat, Small Bucks | by Cruising World editors | |
| Cruising World | Boat of the Year: Cruising World Nominations | by Staff | |
| Sailing World | Boat of the Year: Sailing World Nominations | by staff | |
| Cruising World | C&C 110 Express-Blast with a Past | by Jeremy McGeary | 6/23/2000 |
| Cruising World | C&C 40: Racer/Cruiser Archetype | by Geoff Marshall | Sep-99 |
| Cruising World | Catalog of Cats | by Jeremy McGeary | Sep-99 |
| Cruising World | Chip Off the Block | by staff | |
| Cruising World | Classic Lines | by Cruising World editors | |
| Cruising World | Comfortable Cruising | by Ralph Naranjo | |
| Cruising World | Construction Notes | by Ralph Naranjo | Nov-99 |
| Cruising World | Cruiser with Open 60 Styling | by Cruising World editors | |
| Cruising World | Cruising Cat with a Performance Edge | by Jeremy McGeary | |
| Cruising World | Cruising Champion | by Staff | 1998 |
| Cruising World | Cruising Jems | by Staff | Mar-99 |
| Cruising World | Cruising World 2001 Boat of the Year Winners | by Editors | 2001 |
| The Sailing Company | Cruising World and Sailing World Boat of the Year Awards | by Dean Turcol | |

| | | | |
|---|---|---|---|
| Cruising World | Cruising World Boat of the Year Awards | by Gary Jobson | |
| Cruising World | Cruising World BOTY History | by staff | |
| Cruising World | Cruising World BOTY Interviews | by Gary Jobson | |
| Cruising World | Deals on Wheels | by Ralph Naranjo | Jul-99 |
| Cruising World | Deck-Saloon Top Gun | by Cruising World editors | |
| Cruising World | Dehler 41 Deck Saloon | by Staff | |
| Cruising World | Dufour Builds a Winner | by Cruising World editors | |
| The Sailing Company | Farr 395 and Voyage 440 Win Boat of the Year Awards | by staff | |
| Cruising World | Good, Better, Best | by Herb McCormick | |
| Cruising World | Grace and Power | by Jeremy McGeary | |
| Cruising World | Hitch 'em Up, Roll 'em Out | by Jeremy McGeary | |
| Cruising World | Hunter 340 | by Staff | |
| Cruising World | Hunter's View | by Staff | Dec-99 |
| Cruising World | In For the Long Haul | by staff | 1999 |
| Sailing World | Interview with Dan Neri | by Gary Jobson | |
| Cruising World | Interview with Herb McCormick | by Gary Jobson | |
| Cruising World | Interview with Ralph Naranjo | by Gary Jobson | |
| Cruising World | Interview with Skip Moyer | by Gary Jobson | |
| Cruising World | Island Cruising | by staff | 1998 |
| Cruising World | Lagoon 470 | by staff | 1999 |
| Cruising World | Lin and Larry Pardey to conduct cruising seminars | by staff | July 4 2000 |
| Cruising World | Maine Cat 30 | by Jeremy McGeary | |
| Cruising World | Moody 46 | by Jeremy McGeary | 1999 |
| Cruising World | Moorings Leopard 3800 | by staff | 6/29/2000 |
| Cruising World | Motorsailer Evolution | by Staff | 1999 |
| The Sailing Company | North American Sailing Industry Study | by Cynthia Goss | |
| Cruising World | O'Day 22 | by Ralph Naranjo | Jul-99 |
| Cruising World | Oh La La | by Jeremy McGeary | 1999 |
| Cruising World | Privilege 465 | by Staff | 6/25/2000 |
| Cruising World | Purposeful Trainer | by Bill Lee | |
| Cruising World | Quelle Reine! | by Quentin Warren | |
| Cruising World | Room to Socialize | by Jeremy McGeary and Ralph Naranjo | |
| Cruising World | Roomamarans | by staff | 1998 |
| Cruising World | Sabre 452 | by Jeremy McGeary | 1999 |
| Cruising World | Sabre Steps Up | by Mark Schrader | 1997 |
| Sailing World | Sailing Strong | by Cynthia Goss | |
| Sailing World | Sailing World 2001 Boat of the Year Winners | by Editors | |
| Sailing World | Sailing World Boat of the Year Awards | by Gary Jobson | |
| Sailing World | Sailing World BOTY Interviews | by Gary Jobson | |
| Sailing World | Sailing World History of BOTY Winners | by Staff | |
| Cruising World | Shannon Shoalsailer 32 | by Herb McCormick | |
| Cruising World | Small Packages, Big Fun | by Herb McCormick | Apr-98 |
| Cruising World | So... what are they buying? | by Herb McCormick | |
| Cruising World | Sprightly Mini-Cruiser Favorite | by Ralph Naranjo | |
| Cruising World | Take a Bow | by Quentin Warren | |
| Cruising World | The Cruising Life Begins at 40 | by Jeremy McGeary | |
| cruising World | The Sumptuous Catalina 470 | by Jeremy McGeary | 9/12/2003 |
| Cruising World | To Splurge or Not to Splurge | by staff | 1998 |
| Cruising World | Top Cruiser | Cruising World | 1999 |
| Cruising World | Trailer Sailer | by Jeremy McGeary | Jul-99 |
| Cruising World | Trailer-Sailor Winner | by Ralph Naranjo | 1999 |
| Cruising World | Two Jeanneaus: Sun Odyssey 40 DS | by Jeremy McGeary | 6/26/2000 |
| Cruising World | Vintage Trailerable | by Ralph Naranjo | Jul-99 |
| Cruising World | What Makes a Good Cruising Boat? | by Herb McCormick | |
| Cruising World | Winning Small | by Jeremy McGeary | 1999 |

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*



**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**TX 5-330-151**

TX0005330151

EFFECTIVE DATE OF REGISTRATION

06    29    2001

APPLICATION RECEIVED
JUN 29 2001
ONE DEPOSIT RECEIVED
JUN 29 2001
EXAMINED BY ____    CORRESPONDENCE ☐

---

DO NOT WRITE ABOVE THIS LINE.

## 1

List in order of publication

No previous registration under identical title ☐

| TITLE ▼ | | | | ISSN ▼ |
|---|---|---|---|---|
| **Sport Fishing** | | | | 0896-7369 |
| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
| 1. | 13 | 1 | January 1998 | 01/02/1998 |
| 2. | 13 | 2 | February 1998 | 01/27/1998 |
| 3. | 13 | 3 | March 1998 | 02/24/1998 |
| 4. | 13 | 4 | April 1998 | 03/31/1998 |
| 5. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

World Publications, Inc.
460 N. Orlando Ave.,
Suite 200
Winter Park, FL 32789

FOR NON-U.S. WORKS:   Author's citizenship ▼          Domicile ▼          Nation of publication ▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____          Typed or printed name   Jay Kohn

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ Jay Kohn                              Daytime telephone ▶ 407-571-4648

Address (if other than given below) ▶

Fax ▶ 407-628-7061                        Email ▶ jay.kohn@worldpub.net

---

Certificate will be mailed in window envelope to this address:

| | |
|---|---|
| Name ▼ | **World Publications, Inc.** |
| Number/Street/Apt ▼ | 460 N. Orlando Ave., Suite 200 |
| City/State/ZIP ▼ | Winter Park, FL 32789 |

**DEPOSIT ACCOUNT**
Account number ▶ 087440
Name of account ▶ World Publications, Inc.

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

---

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 2000—20,000
WEB REV February 2000        ✪ PRINTED ON RECYCLED PAPER        ☆ U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/108

# CERTIFICATE OF REGISTRATION



**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**

TX 5-330-134
*TX5005330134*

EFFECTIVE DATE OF REGISTRATION
06   29   2001

APPLICATION RECEIVED
JUN 29 2001

ONE DEPOSIT RECEIVED
JUN 29 2001

EXAMINED BY    mc    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

List in order of publication

No previous registration under identical title ☐

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | | Month, day, and year of publication ▼ |
|---|---|---|---|---|---|
| TITLE ▼ Sport Fishing | | | | | ISSN ▼ 0896-7369 |
| 1. | 12 | 5 | May 1997 | | 04/29/1997 |
| 2. | 12 | 6 | June 1997 | | 05/27/1997 |
| 3. | 12 | 7 | July/August | 1997 | 07/15/1997 |
| 4. | | | | | |
| 5. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**
World Publications, Inc.
460 N. Orlando Ave.,
Suite 200
Winter Park, FL 32789

**FOR NON-U.S. WORKS:** Author's citizenship ▼     Domicile ▼     Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) ............................    Typed or printed name   Jay Kohn

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶ Jay Kohn     Daytime telephone ▶ 407-571-4648
Address (if other than given below) ▶
Fax ▶ 407-628-7061     Email ▶ jay.kohn@worldpub.net

Certificate will be mailed in window envelope to this address:

Name ▼
# World Publications, Inc.

Number/Street/Apt ▼
460 N. Orlando Ave., Suite 200

City/State/ZIP ▼
Winter Park, FL 32789

**DEPOSIT ACCOUNT**
Account number ▶ 087440
Name of account ▶
World Publications, Inc.

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 2000—20,000
WEB REV. February 2000      PRINTED ON RECYCLED PAPER     ☆ U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/108



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SE/GROUP** 
UNITED STATES COPYRIGHT OFFICE

**TX 4-498-084**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

05     23     1997
Month   Day    Year

APPLICATION RECEIVED
MAY 23.1997

ONE DEPOSIT RECEIVED
MAY 23.1997

EXAMINED BY   *mc*

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

# 1

List in order of publication

No previous registration under identical title ☐

**TITLE ▼**   Cruising World

**ISSN ▼**

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1. | 23 | 2 | February 1997 | 1/28/97 |
| 2. | 23 | 3 | March 1997 | 2/21/97 |
| 3. | 23 | 4 | April 1997 | 3/26/97 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

# 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE**

Cruising World Publications, Inc.
5 John Clarke Road
Newport, RI  02840

**FOR NON-U.S. WORKS:** Author's citizenship ▼     Domicile ▼     Nation of publication ▼

**CERTIFICATION*:**   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Signature (X)     Typed or printed name   Keith Levitt

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Keith Levitt

Daytime telephone number ▶ 203-373-7008

Address (if other than given below) ▶

**DEPOSIT ACCOUNT**

Account number ▶ DA070424

Name of account ▶ Golf Digest/Tennis, Inc.

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼
Keith Levitt, V.P.
Golf Digest/Tennis, Inc.

Number/Street/Apartment Number ▼
5520 Park Avenue

City/State/ZIP ▼
Trumbull, CT  06611

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**
a ☐ Copies and Phonorecords
b ☐ Copies Only
c ☐ Phonorecords Only

Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1989—30,000     ☆ U.S. GOVERNMENT PRINTING OFFICE: 1990-282-170/20,006



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**SHORT FORM SE**
For a Serial
UNI~
REG    TX 4–875–458

*TX0004875458*

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

4   7   99
Month   Day   Year

**APPLICATION RECEIVED**
MAR 12 1999
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
MAR 12 1999
**EXAMINED BY**

**CORRESPONDENCE** ☐   *funds recd 4-7-99*

DO NOT WRITE ABOVE THIS LINE.

**1** TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

CRUISING WORLD

| Volume▼ | Number▼ | Date on Copies▼ | ISSN▼ |
|---|---|---|---|
| 25 | 3 | MARCH 1999 | 0098-3519 |

**2** NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Miller Sports Group  4th Floor
810 7th Avenue
New York  NY  10019   4th Flor

**3** DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

Month▼   Day▼   Year▼

February   15   1999

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION): Year▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer   Roy Levenson

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name▶ Roy Levenson
Daytime telephone number▶ 212-636-2728
Address (if other than given below) ▶

DEPOSIT ACCOUNT
Account number ▶
Name of account ▶

MAIL CERTIFICATE TO

Name▼
Roy Levenson

Number/Street/Apartment Number▼
810 7th Avenue  4th Fl

City/State/ZIP▼
New York, NY 10019  4th Floor

Certificate will be mailed in window envelope

- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000   ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,001

**SHORT FORM SE**

For a Serial
UNITED STATES COPYRIGHT OFFICE

R

TX 4-901-924

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

MAY - 4 1999

| Month | Day | Year |
|-------|-----|------|

APPLICATION RECEIVED

MAY 04 1999

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

MAY 04 1999

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

CRUISING WORLD

| Volume▼ | Number▼ | Date on Copies▼ | ISSN▼ |
|---------|---------|-----------------|-------|
| 25 | 4 | APRIL 1999 | 0098-3519 |

**2** NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

MILLER SPORTS GROUP
810 - 7th AVENUE - 4th FLOOR
NEW YORK, NY 10019

**3** DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month▼ | Day▼ | Year▼ |
|--------|------|-------|
| MARCH | 15 | 1999 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION): Year▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer ROY LEVENSON

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ ROY LEVENSON
Daytime telephone number ▶ 212-636-2728
Address (if other than given below) ▶

DEPOSIT ACCOUNT

Account number ▶
Name of account ▶

MAIL CERTIFICATE TO

Name▼ MILLER SPORTS GROUP - ROY LEVENSON

Certificate will be mailed in window envelope

Number/Street/Apartment Number▼ 810 - 7th AVENUE 4th FLOOR

City/State/ZIP▼ NEW YORK, NY 10019

YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights, Library of Congress Washington, D.C. 20559

Copyright fees are subject to change. For current fees, check the Copyright Office website at www.loc.gov/copyright, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/60,001



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**SHORT FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE
RI

TX 4-989-607

*TX0004989607*

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

09    23    99
Month    Day    Year

**APPLICATION RECEIVED**
AUG. 0 2.1999
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
AUG. 02.1999
**EXAMINED BY**

**CORRESPONDENCE** ☐

**DO NOT WRITE ABOVE THIS LINE.**

FUNDS RECEIVED: 09-23-99

---

**1** TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

CRUISING WORLD

| Volume▼ | Number▼ | Date on Copies▼ | ISSN▼ |
|---|---|---|---|
| 25 | 6 | June 1999 | 0098-3519 |

**2** NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

MILLER SPORTS GROUP
810 7th Avenue - 4th Floor
New York, NY 10019

**3** DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month▼ | Day▼ | Year▼ |
|---|---|---|
| MAY | 15 | 1999 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION): Year▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Karen Saltser*

Typed or printed name of signer KAREN SALTSER

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name▶ KAREN SALTSER
Daytime telephone number ▶ 212-636-2888
Address (if other than given below) ▶

DEPOSIT ACCOUNT
Account number ▶
Name of account ▶

---

MAIL CERTIFI-CATE TO

Name▼
MILLER SPORTS GROUP - ACCT. DEPT

Number/Street/Apartment Number▼
810 - 7th Avenue    4th Floor

City/State/ZIP▼
New York, NY 10019

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1992—50,000



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**SHORT FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

TX 5-051-281

*TX5051281*

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

JAN 0 3 2000
Month   Day   Year

**APPLICATION RECEIVED**
SEP 24 1999

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
SEP 26 1999 *funds rec'vd  1-3.00*

**EXAMINED BY** *MRC*

**CORRESPONDENCE** ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Cruising World

| Volume▼ | Number▼ | Date on Copies▼ | ISSN▼ |
|---|---|---|---|
| 25 | 9 | September 1999 | 0098-3519 |

**2** NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Miller Sports Group
810 - 7th Avenue - 4th Floor
New York, NY 10019

**3** DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month▼ | Day▼ | Year▼ |
|---|---|---|
| August | 15 | 1999 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):
Year▼

**CERTIFICATION\***: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer   KAREN SALTSER

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name▶ KAREN SALTSER
Daytime telephone number ▶ 212-636-2888
Address (if other than given below) ▶ _____

DEPOSIT ACCOUNT
Account number ▶ _____
Name of account ▶ _____

MAIL CERTIFI-CATE TO

Name▼
Miller Sports Group

Number/Street/Apartment Number▼
810 - 7th Avenue   4th Floor

City/State/ZIP▼
New York, NY 10019

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are adjusted at 5-year intervals, based on increases in the Consumer Price Index. The next adjustment is due in 1995. Contact the Copyright Office in January 1995 for the new fee schedule.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1992–312-432/60001

*FUNDS REC'D 9/23/99*

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**SHORT FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

RE

**TX 5-162-755**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| 9 | 23 | 99 |
|---|----|----|
| Month | Day | Year |

APPLICATION RECEIVED
AUG. 02 1999

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG. 02 1999

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

CRUISING WORLD

| Volume▼ | Number▼ | Date on Copies▼ | ISSN▼ |
|---------|---------|-----------------|-------|
| 25 | 7 | JULY 1999 | 0098-3519 |

**2** NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

MILLER SPORTS GROUP
810 - 7th Avenue   4th FLOOR
New York, NY 10019

**3** DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month▼ | Day▼ | Year▼ |
|--------|------|-------|
| June | 15 | 1999 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):
Year▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____ *K. Saltser* _____

Typed or printed name of signer   KAREN SALTSER

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name▶ KAREN SALTSER

Daytime telephone number ▶ 212-636-2888

Address (if other than given below) ▶

DEPOSIT ACCOUNT

Account number ▶

Name of account ▶

MAIL CERTIFICATE TO

Name▼
MILLER SPORTS GROUP - ACCT. DEPT.

Number/Street/Apartment Number▼
810 7th Avenue   4th FLOOR

City/State/ZIP▼
New York, NY 10019

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are subject to change. For current fees, check the Copyright Office website at www.loc.gov/copyright, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1992–312-432/60,001



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**SHORT FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE
RT

**TX 4-700-267**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| Month | Day | Year |
|-------|-----|------|
| 6 | 22 | 1998 |

APPLICATION RECEIVED
JUN 22 1998

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 22 1998

EXAMINED BY

CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

*Cruising World*

| Volume▼ | Number▼ | Date on Copies▼ | ISSN▼ |
|---------|---------|-----------------|-------|
| 24 | 6 | June 1998 | 0098-3519 |

**2** NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Miller Sports Group LLC
1270 Avenue of Americas
New York, NY 10036

**3** DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month▼ | Day▼ | Year▼ |
|--------|------|-------|
| May | 15 | 1998 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):
Year▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)

Typed or printed name of signer   Roy Levenson

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name▶ Roy Levenson
Daytime telephone number ▶ 212-784-3043
Address (if other than given below) ▶

DEPOSIT ACCOUNT
Account number ▶
Name of account ▶

MAIL CERTIFI-CATE TO

Name
Roy Levenson
Number/Street/Apartment Number▼
1120 Avenue of Americas
City/State/ZIP▼
New York, NY 10036

YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1992–312-432/60021

Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**SHORT FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REG
**TX 5-076-656**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| Month | Day | Year |
|-------|-----|------|
|       | 3   | 2000 |

APPLICATION RECEIVED
JAN 03 2000    MAR 06 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 03 2000

EXAMINED BY

CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

# 1

**TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY**

Cruising World

| Volume▼ | Number▼ | Date on Copies▼ | ISSN▼ |
|---------|---------|-----------------|-------|
| 25 | 12 | December 1999 | 0098-3519 |

# 2

**NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE**

Miller Sports Group
810 - 7th Avenue   4th Floor
New York, NY 10019

# 3

**DATE OF PUBLICATION OF THIS PARTICULAR ISSUE**

| Month▼ | Day▼ | Year▼ |
|--------|------|-------|
| November | 15 | 1999 |

**YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):**
Year▼

**CERTIFICATION\*:**   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

☞ Handwritten signature (X)   *Lori Collins*

Typed or printed name of signer   Lori Collins

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name▶ Lori Collins
Daytime telephone number▶ 212-636-2700
Address (if other than given below) ▶

**DEPOSIT ACCOUNT**
Account number ▶
Name of account ▶

---

MAIL CERTIFICATE TO

| Name▼ |
|-------|
| Miller Sports Group |

Certificate will be mailed in window envelope

Number/Street/Apartment Number▼
810 - 7th Avenue   4th Floor

City/State/ZIP▼
New York, NY 10019

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/60,001

Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**SHORT FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION

**TX 4-652-187**

EFFECTIVE
(Assigned by Copyright Office)

| 3 | 30 | 98 |
|---|---|---|
| Month | Day | Year |

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

EXAMINED BY  *mrc*

CORRESPONDENCE ☐

---

DO NOT WRITE ABOVE THIS LINE.

**1** TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Cruising World

| Volume▼ | Number▼ | Date on Copies▼ | ISSN▼ |
|---|---|---|---|
| 24 | 4 | April 1998 | 009-3519 |

**2** NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Miller Sports Group LLC
1270 Avenue of Americas
New York NY 10030

**3** DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month▼ | Day▼ | Year▼ |
|---|---|---|
| March | 15 | 1998 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION): Year▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Roy Levenson*

Typed or printed name of signer  *Roy Levenson*

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name▶ Roy Levenson
Daytime telephone number▶ 212-789-3043
Address (if other than given below) ▶

DEPOSIT ACCOUNT
Account number ▶
Name of account ▶

MAIL CERTIFICATE TO

Name▼ Roy Levenson
Number/Street/Apartment Number▼ 1120 Avenue of Americas  8th Floor
City/State/ZIP▼ New York, NY 10036

YOU MUST
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress

Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**SHORT FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

TX 5-015-891

E. (Assigned by Copyright Office)
**NOV 0 4 1999**

| | Month | Day | Year |
|---|---|---|---|

APPLICATION RECEIVED
NOV 04 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
NOV 04 1999
EXAMINED BY   *MRW*

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

---

**1**  TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

CRUISING WORLD

| Volume▼ | Number▼ | Date on Copies▼ | ISSN▼ |
|---|---|---|---|
| 25 | 11 | NOVEMBER 1999 | 0098-3519 |

**2**  NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

MILLER SPORTS GROUP
810 - 7th AVENUE    4th FLOOR
NEW YORK, NY 10019

**3**  DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month▼ | Day▼ | Year▼ |
|---|---|---|
| OCTOBER | 15 | 1999 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION): Year▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)    *Lori Collins*

Typed or printed name of signer    LORI COLLINS

---

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ LORI COLLINS
Daytime telephone number ▶ 212-636-2700
Address (if other than given below) ▶

DEPOSIT ACCOUNT
Account number ▶
Name of account ▶

---

MAIL CERTIFI- CATE TO

Name▼
MILLER SPORTS GROUP

Number/Street/Apartment Number▼
810 - 7th AVENUE    4th FLOOR

City/State/ZIP▼
NEW YORK, NY 10019

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are adjusted at 5-year intervals, based on increases or decreases in the Consumer Price Index. The next adjustment is due in 1996. Contact the Copyright Office in January 1996 for the new fee schedule.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000    ☆U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/60,001

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**SHORT FORM SE**

For a Serial
UNITED S

**TX 4-997-690**

REGISTRA

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

| 1999 | 09 | 24 | 99 |
|---|---|---|---|
| | Month | Day | Year |

APPLICATION RECEIVED
JUL 27.1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 27 1999
EXAMINED BY

CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Cruising World

| Volume▼ | Number▼ | Date on Copies▼ | ISSN▼ |
|---|---|---|---|
| 25 | 5 | May 1999 | 0098-3519 |

**2** NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Miller Sports Group
810 - 7th Avenue - 4th Floor
New York, NY 10019

**3** DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month▼ | Day▼ | Year▼ | YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION): Year▼ |
|---|---|---|---|
| April | 15 | 1999 | |

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.



Handwritten signature (X)

Typed or printed name of signer ▶ Roy Levenson

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name ▶ Roy Levenson
Daytime telephone number ▶ 212-636-2728
Address (if other than given below) ▶

**DEPOSIT ACCOUNT**
Account number ▶
Name of account ▶

---

MAIL CERTIFICATE TO

Name▼
Miller Sports Group - Roy Levenson

Number/Street/Apartment Number▼
810 - 7th Avenue 4th Floor

City/State/ZIP▼
New York, NY 10019

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000

☆ U.S. GOVERNMENT PRINTING OFFICE 1992—312-432/60001